Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for Henry James Barlow

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Henry James Barlow, and<br>Jesse David Richardson<br><br>    Defendant. | No. 2:17-cr-0048 JAM<br><br>**STIPULATION AND ORDER MODIFYING DATE FOR STATUS CONFERENCE**<br><br>**Date:    June 20, 2017**<br>**Time:    9:15 a.m.**<br>**Judge:   Mendez** |

**IT IS HEREBY STIPULATED** between Assistant United States Attorney TIMOTHY H. DELGADO, Counsel for Plaintiff, Jeffrey L. Staniels, CJA Counsel for Defendant Henry James Barlow, and Assistant Federal Defender Jerome Price, Counsel for Defendant Jesse David Richardson, that the date for status conference recently calendared for June 20, 2017, at 9:15 a.m. before this court be advanced one week to June 13, 2017, at 9:15 a.m.

This modification of date is requested in order to avoid a conflict due to Mr. Staniels' unavailability on June 20, 2017, which he inadvertently overlooked when dates were requested and set during the April 11, status conference.

**IT IS FURTHER STIPULATED** that the exclusion of time for trial under the Speedy Trial Act until June 20, 2017, which was

1

agreed to on the record on April 11, 2017, also be modified to extend until the status conference on June 13, 2017.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: April 11, 2017　　/s/Timothy H. Delgado
　　　　　　　　　　　　AUSA Timothy H. Delgado
　　　　　　　　　　　　Counsel for Plaintiff

Dated:　April 11, 2017　/s/Jerome Price
　　　　　　　　　　　　AFD Jerome Price
　　　　　　　　　　　　Counsel for Jesse David Richardson

Dated:　April 11, 2017　/s/Jeffrey L. Staniels
　　　　　　　　　　　　JEFFREY L. STANIELS
　　　　　　　　　　　　Attorney for Henry James Barlow

**O R D E R**

The above stipulation of the parties is hereby GRANTED.

Scheduling orders and time exclusions entered on the record on April 11, 2017 are hereby vacated. This matter is placed on calendar for status conference on June 13, 2017, at 9:15 a.m. Time for trial under the Speedy Trial Act is excluded until June 13, 2017, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

　　　　By the Court,

Dated: April 12, 2017　　/s/ John A. Mendez_____
　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　U.S. District Court Judge