Jeffrey L. Staniels, Bar #91413
216 F Street, No. 98
Davis, CA 95616
Tel: 530-220-9770
Email: stanielslaw@dcn.org

Attorney for Henry James Barlow

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Henry James Barlow, and<br>Jesse David Richardson<br><br>            Defendants. | No. 2:17-cr-0048 JAM<br><br>**STIPULATION AND ORDER MODIFYING DATE FOR STATUS CONFERENCE**<br><br>**Date:     August 1, 2017**<br>**Time:     9:15 a.m.**<br>**Judge:    Mendez** |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney TIMOTHY H. DELGADO, Counsel for Plaintiff, Jeffrey L. Staniels, Counsel for Defendant Henry James Barlow, and Assistant Federal Defender Jerome Price, Counsel for Defendant Jesse David Richardson, that the status conference calendared for August 1, 2017, at 9:15 a.m. before this court be continued to September 26, 2017, at 9:15 a.m.

   This date is requested in order to permit further investigation and defense preparation and in consideration of the trial schedules and periods of unavailability of various counsel.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from August 1, 2017, until September

1

26, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO STIPULATED**

                                              Respectfully submitted,

Dated: July 25, 2017       /s/Timothy H. Delgado
                                        AUSA Timothy H. Delgado
                                        Counsel for Plaintiff

Dated:  July 25, 2017      /s/Jerome Price
                                        AFD Jerome Price
                                        Counsel for Jesse David Richardson

Dated:  July 25, 2017      /s/Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Attorney for Henry James Barlow

**O R D E R**

The above stipulation of the parties is hereby accepted and the requested continuance is GRANTED.

The status conference scheduled for August 1, 2017, is hereby vacated.  This matter is placed on calendar for status conference on September 26, 2017, at 9:15 a.m.  Time for trial under the Speedy Trial Act is excluded until September 26, 2017, 2017, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

              By the Court,

Dated: July 25, 2017      /s/ John A. Mendez_____
                                        Hon. John A. Mendez
                                        U.S. District Court Judge