| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | TIMOTHY H. DELGADO |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00048-JAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: September 26, 2017 |
| HENRY JAMES BARLOW and | Time: 9:15 a.m. |
| JESSE DAVID RICHARDSON, | Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and Defendants Henry James Barlow and Jesse David Richardson, through their counsel of record, stipulate that the status conference currently set for September 26, 2017, be continued to November 7, 2017, at 9:15 a.m.

On March 23, 2017, both Defendants were arraigned on the two-count Indictment in this case. (ECF Nos. 10, 12.) Since that time, the United States has produced nearly 400 pages of discovery, which includes all of the reports, photos, and laboratory results generated in connection with this case. In the coming weeks, the government expects to produce some additional materials, including the results of a forensic extraction of several cellular telephones seized at the incident site. Both defense counsel will require additional time to review these new materials, as well as the materials already produced, to confer with their clients, to conduct research and investigation about the charged offenses, and to otherwise prepare for trial.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

1 Based on the foregoing, the parties stipulate that the status conference currently set for September 26, 2017, be continued to November 7, 2017, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including November 7, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted,

Dated: September 22, 2017        */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: September 22, 2017        */s/ THD for Jeffrey L. Staniels*
JEFFREY L. STANIELS
Attorney for Defendant Henry Barlow

Dated: September 22, 2017        */s/ THD for Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant Jesse Richardson

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including November 7, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4).  It is further ordered that the September 26, 2017 status conference shall be continued until November 7, 2017, at 9:15 a.m.

Dated:  September 22, 2017 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge