1  MCGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:17-CR-0048-JAM-1
12 |                        Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE
13 |                     v.            |
14 | HENRY JAMES BARLOW,               |
15 |                        Defendant. |

16

17    Pursuant to Local Rule 141(b), and based on the representation contained in the government's
18 Request to Seal, IT IS HEREBY ORDERED that the documents referenced in the government's Request
19 to Seal shall be SEALED until further order of this Court.
20    It is further ordered that access to the sealed documents shall be limited to the government and
21 counsel for defendant Henry James Barlow.
22    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*
23 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), and *United States v. Doe*, 870 F.3d 991 (9th
24 Cir. 2017). The Court finds that, for the reasons stated in the government's Request to Seal, sealing the
25 documents referenced in the government's Request to Seal serves a compelling interest. The Court
26 further finds that, in the absence of closure, the compelling interests identified by the government would
27 be harmed. In light of the public filing of its Request to Seal, the Court further finds that there are no
28 / / /

1 additional alternatives to sealing the above-described documents that would adequately protect the
2 compelling interests identified by the government.

4 Dated: 8/13/2018        /s/ John A. Mendez
5                          THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE